<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUZETTE FAGAN,<br><br>         Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br>WAL-MART STORES EAST, LP,<br>WALMART, INC., CENTENNIAL<br>SQUARE LLC, JOHN/JANE DOE 1-10<br>and/or ABC CORP. 1-10 (fictitious<br>individuals/entities),<br><br>         Defendants. | Civil Action No. 21-10363 (JXN) (MAH)<br><br>**ORDER** |

<u>**NEALS**, District Judge</u>

  Before this Court is the Report and Recommendation ("R&R") entered on June 29, 2021, by Magistrate Judge Michael A. Hammer ("Judge Hammer"), (D.E. 9), recommending that Plaintiff Suzette Fagan's Motion to Remand, (D.E. 4), be granted. This Court has reviewed the reasons set forth by Judge Hammer in the R&R and notes that no objections were filed. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Judge Hammer, (D.E. 9), is **ADOPTED** as the conclusions of law of this Court and Plaintiff's Motion to Remand to the Superior Court of New Jersey, Law Division, Middlesex, (D.E. 4), shall be **GRANTED**.

  **SO ORDERED.**

*[signature]*
JULIEN X. NEALS, U.S.D.J.

DATED: July 19, 2021

Orig: Clerk
cc: Parties
   Michael A. Hammer, U.S.M.J.